| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | PETER K. THOMPSON (HI 5890) |
| | Acting Regional Chief Counsel |
| 3 | MARGARET LEHRKIND, CSBN 314717 |
| | Special Assistant United States Attorney |

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JIMMY WATKINS, | No. 1:21-cv-01572-BAM |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant.[1] | |

IT IS HEREBY STIPULATED, by and between Jimmy Watkins (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of sixty (20) days to file a Response to Plaintiff's Opening Brief. This is Defendant's first request

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

for an extension on her Response to Plaintiff's Opening Brief.  The current due date is May 31, 2022. The new date will be June 20, 2022. All other deadlines will extend accordingly.

Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but requires more time to engage in settlement discussions with her client.  An extension of 20 days will allow Defendant's counsel to complete those discussions and to offer Plaintiff a settlement, if approved by her client.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay.

                                                Respectfully submitted,

DATE: May 27, 2022                     */s/ Benjamin Paul Feld*
                                          BENJAMIN PAUL FELD
                                          Attorney for Plaintiff
                                          (as approved via email)

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

DATE: May 27, 2022            By    *s/ Margaret Lehrkind*
                                          MARGARET LEHRKIND
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

## ORDER

The Court has received and reviewed the parties' stipulation.  Generally, settlement discussions do not provide good cause for modification of a Scheduling Order.  *See*, *e.g.*, *Gerawan Farming, Inc. v. Rehrig Pacific Co.*, No. 11-cv-01273-LJO-BAM, 2013 WL 1164941, * 4 (E.D. Cal. Mar. 20, 2013).  However, the Court will grant the brief extension of time in recognition of the recent influx of Social Security cases requiring briefing.  Accordingly, Defendant's request for an extension of time to file a response to Plaintiff's Opening Brief is GRANTED.  Defendant shall file a response to Plaintiff's Opening Brief on or before June 20,

2022. All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 31, 2022**                           /s/ *Barbara A. McAuliffe*               _
                                                  UNITED STATES MAGISTRATE JUDGE