PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JIMMY WATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 1:21-cv-01572-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between Jimmy Watkins (Plaintiff) and Kilolo

Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective

counsel of record, that, with the Court's approval, Defendant shall have an extension of time of

thirty (30) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's second

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

request for an extension on her Response to Plaintiff's Opening Brief.  The current due date is June 20, 2022. The new date will be July 20, 2022. All other deadlines will extend accordingly.

     Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been unable to work the week of June 13 through June 17 because her 2 year old daughter and her husband tested positive for COVID-19 and both became very sick.  It is likely her daughter contracted the virus at her daycare, which had to close down for the entire week because of the number of positive cases.  Now on June 16, 2022, Defendant's counsel has tested positive for the virus and expects that she will be out of the office for most of the week of June 20 through June 24.  Defendant apologizes to the Court for any inconvenience caused by this delay.

                                                  Respectfully submitted,

DATE: June 17, 2022                    */s/ Benjamin Paul Feld*
                                                  BENJAMIN PAUL FELD
                                                  Attorney for Plaintiff
                                                  (as approved via email)

                                                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

DATE: June 17, 2022            By    *s/ Margaret Lehrkind*
                                                  MARGARET LEHRKIND
                                                  Special Assistant United States Attorney

                                                  Attorneys for Defendant

///

///

**ORDER**

Pursuant to stipulation, and good cause appearing, Defendant's request for an extension of time to file a response to Plaintiff's Opening Brief is GRANTED.  Defendant shall file a response to Plaintiff's Opening Brief on or before July 20, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                         /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE